```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 17, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

           -v.-

YEISON SALDANA,

           Defendant.

---------------------------------------------------------X

17-CR-512 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On April 17, 2020, Defendant Yeison Saldana ("Defendant') moved to modify his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 605.)  Defendant seeks to serve the remainder of his term of incarceration in home confinement or in a community correctional facility.  In support of his motion, Defendant states that the Metropolitan Correctional Center, where he resides, is experiencing a high rate of COVID-19 infections.

    The Government shall respond to Defendant's motion by May 18, 2020.

    SO ORDERED.

Dated: New York, New York
       April 17, 2020                               /s/ Kimba M. Wood
                                                            KIMBA M. WOOD
                                                   United States District Judge