```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: April 22, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

v.

YEISON SALDANA,

              Defendant.
-------------------------------------------------------------X

17-CR-512 (KMW)

**ORDER**

KIMBA M. WOOD, District Judge:

    Defendant's Motion for Reconsideration is GRANTED. No later than April 29, 2020, the Government shall provide the following information, after conferring with the Bureau of Prisons ("BOP") and the United States Probation Office as appropriate:

1. Whether the Government opposes Defendant's motion, and, if so, whether the Government waives the statutory requirement of exhaustion;

2. The criteria used by the BOP to decide whom to test for COVID-19 at the Metropolitan Correctional Center ("MCC"), where Defendant resides;

3. Approximately how many tests for COVID-19 have been conducted at MCC;

4. The number of inmates and staff who have tested positive and the number of inmates and staff who have tested negative for COVID-19 at MCC, both as absolute numbers and as a percentage of the total population of inmates and staff at MCC;

5. Whether Defendant has been in close proximity to any inmate or staff member who has tested positive for COVID-19;

6. The infection rate for COVID-19 in the Bronx, New York;

7. The BOP's assessment of the factors listed in the Attorney General's Memorandum for Director of Bureau Prisons dated March 26, 2020 as they pertain to Defendant;

8. The Government's assessment of the factors set forth in 18 U.S.C. § 3553(a) as they pertain to Defendant;

9. Defendant's disciplinary record in prison, risk of recidivism, risk of violence, and any changes or additions that should be made to the originally-imposed conditions of supervised release.

SO ORDERED.

Dated: New York, New York
April 22, 2020

      /s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge