```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 1, 2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

       -v.-

YEISON SALDANA,

               Defendant.

---------------------------------------------------------X

17-CR-512 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      The Court declines to waive the statutory requirement that Defendant exhaust his administrative remedies or wait for the lapse of 30 days from warden's receipt of his motion for compassionate release before seeking relief from this Court.  *See* 18 U.S.C. § 3582(c)(1)(A). The Court believes that it should shorten the period for exhaustion of remedies only for those inmates who face an exceptionally high risk of adverse consequences from infection with COVID-19 (for example, inmates over 70 years of age, or inmates with underlying conditions that substantially elevate their risk of death).

      The Government is ordered to update the Court if the Bureau of Prisons takes any action on Defendant's motion for compassionate release, or grants Defendant home confinement or furlough.

      SO ORDERED.

Dated: New York, New York
       May 1, 2020

                                                        /s/ Kimba M. Wood
                                                     KIMBA M. WOOD
                                          United States District Judge